| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2014 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>CONRAD, GLEN E. | 2. Court or Organization<br><br>US DISTRICT COURT | 3. Date of Report<br><br>04/23/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>CHIEF US DISTRICT JUDGE (ACTIVE) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |
| 7. Chambers or Office Address<br><br>210 FRANKLIN RD - ROOM 206<br>P O BOX 2822<br>ROANOKE, VA 24001 | **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,<br>checking the NONE box for each part where you have no reportable information.* | |

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 04/23/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Virginia Retirement System - retirement plan |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | College of William and Mary School of Law | February 14-15, 2014 | Williamsburg, VA | judging moot court | meals and lodging expenses |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 04/23/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 04/23/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. House 2 Lots Pulaski Co., VA (see Part VIII) | | None | M | Q | | | | | |
| 2. House (40% int.) Dare County, NC (see Part VIII) | | None | N | Q | | | | | |
| 3. Stamp collection | | None | L | W | | | | | |
| 4. Coin collection | | None | J | W | | | | | |
| 5. Abbott Laboratories CS | A | Dividend | K | T | | | | | |
| 6. Abbvie CS | A | Dividend | K | T | | | | | |
| 7. Actavis PLC CS | A | Dividend | L | T | | | | | |
| 8. Advance Auto Parts, Inc. CS | A | Dividend | K | T | Buy | 12/11/14 | K | | |
| 9. Allstate Corp. CS | A | Dividend | | | Sold | 01/16/14 | J | C | |
| 10. American Electric Power CS | B | Dividend | K | T | | | | | |
| 11. Amerisource Bergen Corp. CS | A | Dividend | J | T | Buy | 08/04/14 | K | | |
| 12. Apple, Inc. CS | A | Dividend | L | T | | | | | |
| 13. AT&T Corp. CS | B | Dividend | K | T | | | | | |
| 14. Autonation, Inc. CS | A | Dividend | | | Sold | 08/13/14 | J | A | |
| 15. Avery Dennison Corp. CS | A | Dividend | | | Sold | 03/26/14 | J | B | |
| 16. B/E Aerospace Inc. CS | A | Dividend | | | Buy | 07/22/14 | K | | |
| 17. | | | | | Sold | 09/29/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 04/23/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Baker Hughes Inc. CS | A | Dividend | | | Buy | 01/22/14 | K | | |
| 19. | | | | | Sold | 10/02/14 | J | A | |
| 20. Bank America Corp. CS | A | Dividend | J | T | Buy | 01/16/14 | J | | |
| 21. Baxter International Inc CS | A | Dividend | J | T | Buy | 06/09/14 | J | | |
| 22. Blackrock Inc. CS | A | Dividend | J | T | Buy | 11/05/14 | J | | |
| 23. Bristol Myers Squibb Co. CS | A | Dividend | K | T | | | | | |
| 24. Century Link CS | A | Dividend | K | T | | | | | |
| 25. Chubb Corp. | A | Dividend | K | T | Buy | 12/11/14 | J | | |
| 26. Comcast Corp. CS | A | Dividend | J | T | | | | | |
| 27. Conoco Phillips Corp. CS | C | Dividend | L | T | | | | | |
| 28. Consolidated Edison, Inc. CS | A | Dividend | K | T | | | | | |
| 29. CSX Corp. CS | A | Dividend | K | T | | | | | |
| 30. Chevron Texaco Corp. CS | D | Dividend | L | T | | | | | |
| 31. CVS Caremark Corp., CS | A | Dividend | | | Sold | 07/09/14 | K | D | |
| 32. Dineequity Inc. CS | A | Dividend | J | T | Buy | 11/05/14 | J | | |
| 33. Disney Walt Co., CS | A | Dividend | K | T | | | | | |
| 34. Dominion Resources CS | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 04/23/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Duke Energy Corp. CS | A | Dividend | J | T | | | | | |
| 36. Ecolab Inc. CS | A | Dividend | | | Buy | 09/24/14 | K | | |
| 37. | | | | | Sold | 12/17/14 | K | A | |
| 38. Express Scripts CS | A | Dividend | J | T | | | | | |
| 39. Facebook, Inc. CS | A | Dividend | K | T | | | | | |
| 40. Fairpoint CS | A | Dividend | J | T | | | | | |
| 41. First Opportunity Fund (mutual fund) | B | Dividend | K | T | | | | | |
| 42. Fleetcor Technologies Inc CS | A | Dividend | K | T | Buy | 09/29/14 | J | | |
| 43. Wilmington Funds Municipal Bond Fund Class A | B | Dividend | M | T | | | | | |
| 44. Wilmington Funds Municipal Bond Fund Class A (See Part VIII) | B | Dividend | L | T | | | | | |
| 45. Franklin VA Tax Free Income Fund | B | Dividend | M | T | | | | | |
| 46. Frontier Communications CS | A | Dividend | J | T | | | | | |
| 47. Glaxo Smithkline CS | B | Dividend | K | T | | | | | |
| 48. Google, Inc. | A | Dividend | J | T | | | | | |
| 49. Halozyme Therapeutic CS | A | Dividend | L | T | | | | | |
| 50. Home Depot, Inc. | A | Dividend | J | T | Buy | 08/20/14 | J | | |
| 51. Honeywell Intl., Inc. CS | A | Dividend | | | Sold | 10/15/14 | K | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 04/23/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Hospira CS | A | Dividend | J | T | | | | | |
| 53. IShares TR Russell 2000 EFT | A | Dividend | K | T | | | | | |
| 54. Intel Corp. CS | A | Dividend | J | T | | | | | |
| 55. Intrexon Corp. CS | A | Dividend | L | T | | | | | |
| 56. Lockheed Martin Corp. CS | A | Dividend | K | T | Buy | 09/05/14 | K | | |
| 57. Magna International Inc CS | A | Dividend | K | T | Buy | 04/14/14 | K | | |
| 58. Manhattan Assoc. Inc. CS | A | Dividend | J | T | Buy | 12/17/14 | J | | |
| 59. Manpower Group, Inc. CS | A | Dividend | | | Sold | 03/03/14 | K | B | |
| 60. Merck & Co. Inc. CS | A | Dividend | J | T | | | | | |
| 61. JP Morgan Chase & Co. CS | A | Dividend | K | T | | | | | |
| 62. Michael Kors Holdings, Ltd. CS | A | Dividend | | | Sold | 04/14/14 | K | D | |
| 63. Nike CS | A | Dividend | J | T | Buy | 10/31/14 | J | | |
| 64. Nuveen VA Prem Income Municipal Fund | A | Dividend | J | T | | | | | |
| 65. Oceaneering International, Inc. CS | A | Dividend | J | T | | | | | |
| 66. Pfizer Inc. CS | A | Dividend | J | T | | | | | |
| 67. Phillips 66 CS | A | Dividend | J | T | | | | | |
| 68. Polaris Industries Inc. | A | Dividend | J | T | Buy | 11/19/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 04/23/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Prudential Financial Inc. CS | A | Dividend | | | Sold | 05/13/14 | K | B | |
| 70. Qualcomm Inc. CS | A | Dividend | | | Sold | 11/18/14 | J | A | |
| 71. Questcor Pharmaceuticals Inc CS | A | Dividend | | | Buy | 03/03/14 | K | | |
| 72. | | | | | Sold | 04/10/14 | K | C | |
| 73. Realty Income Corp. CS | A | Dividend | J | T | | | | | |
| 74. RGC Resources, Inc. CS | A | Dividend | K | T | | | | | |
| 75. Rockwell Automation CS | A | Dividend | | | Sold | 08/18/14 | K | B | |
| 76. Sanmina Corp. CS | A | Dividend | | | Buy | 05/08/14 | K | | |
| 77. | | | | | Sold | 11/17/14 | K | C | |
| 78. Sapient Corp. CS | A | Dividend | | | Sold | 06/16/14 | K | | |
| 79. Schlumberger LTD CS | A | Dividend | J | T | Buy | 03/31/14 | J | | |
| 80. Schwab Money Market Fund | A | Dividend | O | T | | | | | |
| 81. Scott & Stringfellow Money Market Fund | A | Dividend | K | T | | | | | |
| 82. Scottrade Money Market Fund | A | Dividend | L | T | Distributed (part) | 04/22/14 | K | | |
| 83. Scripps Networks Interactive Inc. CS | A | Dividend | | | Sold | 01/27/14 | J | A | |
| 84. Snap On, Inc. CS | A | Dividend | J | T | | | | | |
| 85. Skyworks Solutions, Inc. CS | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 04/23/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Solarwinds Inc. CS | A | Dividend | J | T | Buy | 11/20/14 | J | | |
| 87. Southern Company CS | A | Dividend | J | T | | | | | |
| 88. Southwest Airlines Co. CS | A | Dividend | K | T | | | | | |
| 89. Southwestern Energy Co. CS | A | Dividend | | | Buy | 02/24/14 | K | | |
| 90. | | | | | Sold | 08/04/14 | J | | |
| 91. SPDR S&P Regional Banking ETF | A | Dividend | | | Sold | 05/22/14 | K | A | |
| 92. Suncor Energy Inc CS | A | Dividend | | | Buy | 06/16/14 | J | | |
| 93. | | | | | Sold | 09/29/14 | J | A | |
| 94. Suntrust Banks, Inc. CS | C | Dividend | K | T | | | | | |
| 95. Synaptics, Inc. CS | A | Dividend | K | T | Buy | 02/10/14 | K | | |
| 96. Textron Inc. CS | A | Dividend | | | Sold | 10/07/14 | J | A | |
| 97. Tractor Supply Co. | A | Dividend | | | Sold | 02/10/14 | K | C | |
| 98. The Travelers Companies CS | A | Dividend | K | T | | | | | |
| 99. Trinity Industries, Inc. CS | A | Dividend | | | Sold | 10/20/14 | K | B | |
| 100. Tyco International, Ltd. CS | A | Dividend | J | T | | | | | |
| 101. Vanguard Financials ETF | A | Dividend | J | T | | | | | |
| 102. Verizon Communications CS | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 04/23/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Wells Fargo Bank (checking account)(See Part VIII) | A | Interest | L | T | | | | | |
| 104. Wells Fargo CS | A | Dividend | J | T | | | | | |
| 105. Ziopharm Oncology, Inc. CS | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - 5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 04/23/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 1 - appraisal date -May 2004
Part VII, Line 2 - appraisal date - September 1999
Part VII, Line 44 - ▧▧ ownership ▧▧
Part VII, Line 103 - ▧▧▧ ownership ▧▧

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ GLEN E. CONRAD**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544